Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Adam J. Frank
Debtor

Case No.: 24–15200–MEH
Chapter 7

Adam J. Frank
Plaintiff

v.

Aidvantage Loan Servicing
Defendant

Adv. Proc. No. 24–01471–MEH					Judge: Mark Edward Hall

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on May 7, 2025, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 22
JOINT ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/7/2025. Discovery due by 8/21/2025. Trial date set for 12/1/2025 at 10:00 AM at MEH – Courtroom 3E, Newark. (km)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 7, 2025
JAN: km

Jeanne Naughton
Clerk